IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-108 |
| ) | |
| DAMIAN TURNER, ) | |
|     Defendant. ) | |

<u>ORDER</u>

AND NOW, this 31st day of October, 2008, upon consideration of the government's motion to reduce sentence [document #44], IT IS HEREBY ORDERED that the court's order of judgment and sentence in the above captioned case, imposed October 27, 2006, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of 48 months incarceration."

IT IS FURTHER ORDERED that the remainder of the court's sentence of October 27, 2006 shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: Almon S. Burke, Jr.,
    Assistant United States Attorney

    Adam B. Cogan, Esquire
    One Northgate Square
    Greensburg, PA 15601

    Bureau of Prisons
    Designation and Sentence Computation Center
    Grand Prairie Office Complex
    U.S. Armed Forces Reserve Complex
    346 Marine Forces Drive
    Grand Prairie, TX 75051

    U.S. Marshal

    U.S. Probation